### IN THE UNITED STATES BANKRUPTCY COURT
**Northern District of Mississippi**

IN THE MATTER OF:
KACI GRAVES
SS#: XXX-XX-4900

CASE NO.: 17-10443

### RELEASE OF WAGES

THE ORDER HERETOFOR ENTERED IN THESE PROCEEDINGS BY WHICH THE DEBTOR'S EMPLOYER:

> DIVERSICARE
> 101 CUNNINGHAM DRIVE
> RIPLEY, MS 38663

WAS REQUIRED TO PAY THE ABOVE DEBTOR'S EARNINGS OR A PORTION THEREOF TO:

Terre M. Vardaman
Standing Chapter 13 Trustee
Chapter 13 Trustee
P.O. Box 1326
Brandon, MS 39043-1326

IS VACATED FOR THE FOLLOWING REASON(S): NOT EMPLOYED

AND THE ABOVE-NAMED EMPLOYER WILL HENCEFORTH CEASE DEDUCTIONS OF ANY WAGES AND WILL ACCOUNT DIRECTLY TO THE EMPLOYEE FOR ANY WAGES EARNED.

DATED AT  Aberdeen, MS on  12/09/2019

/s/ Jason D Woodard
_____
**Jason D Woodard**
**BANKRUPTCY JUDGE**

KAREN B. SCHNELLER
126 NORTH SPRING ST
PO BOX 417
HOLLY SPRINGS, MS 38635

Page 2 of 2

**OFFICE OF THE TRUSTEE**
Standing Chapter 13 Trustee
Chapter 13 Trustee
P.O. Box 1326
Brandon, MS 39043-1326

TRUSTEE
Terre M. Vardaman

Mailing Address:
Chapter 13 Trustee
P.O. Box 1326
Brandon, MS 39043-1326

12/09/2019

KACI GRAVES
371 B CR 408
RIPLEY, MS 38663

Bankruptcy Case No.   17-10443

RE:  CHANGE IN EMPLOYER NEEDED FOR KACI GRAVES

The Trustee's office has been notified by your employer that you are no longer working for them.  It is your responsibility to notify this office if you go to work for another employer.

During the period of your unemployment, your payments must be kept current by you.      **If you let your payments get behind, your case will be dismissed.**
Any payments must be mailed to, P.O. Box 1985, Memphis TN 38101-1985. DO NOT SEND ANY PAYMENTS TO COURT.

When you return to work, please fill out the following information and return it to this office at the above address.  It is most important that we have your current employer's name and address.

NEW EMPLOYER:  _____

ADDRESS OF EMPLOYER:  _____

_____

_____

PLEASE CIRCLE PAY PERIOD:    MONTHLY    SEMI-MONTHLY    BI-WEEKLY    WEEKLY

Terre M. Vardaman
CHAPTER 13 TRUSTEE

KAREN B. SCHNELLER
126 NORTH SPRING ST
PO BOX 417
HOLLY SPRINGS, MS 38635